NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1504

I4I LIMITED PARTNERSHIP
and INFRASTRUCTURES FOR INFORMATION, INC.,

Plaintiffs-Appellees,

v.

MICROSOFT CORPORATION,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas
in case no. 07-CV-113, Judge Leonard Davis.

ON MOTION

Before PROST, Circuit Judge.

## O R D E R

Upon consideration of Microsoft Corporation's request to expedite briefing,

IT IS ORDERED THAT:

Microsoft's opening brief is due August 25, 2009. The brief of i4i Limited Partnership et al. is due on September 7, 2009. Microsoft's reply brief and the joint appendix are due September 11, 2009. All briefs must be served on an expedited basis, either by hand or overnight delivery. No extensions of time should be anticipated. The case will be heard on September 23, 2009.

FOR THE COURT

AUG 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Matthew D. McGill, Esq.
Samuel F. Baxter, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 9 2009

JAN HORBALY
CLERK